1  David C. Marcus (SBN: 158704)
   david.marcus@wilmerhale.com
2  Aaron Thompson (SBN: 272391)
   aaron.thompson@wilmerhale.com
3  WILMER CUTLER PICKERING
      HALE AND DORR LLP
4  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
5  Telephone: +1 213 443 5300
   Facsimile: +1 213 443 5400
6
   William G. McElwain (*pro hac vice pending*)
7  william.mcelwain@wilmerhale.com
   WILMER CUTLER PICKERING
8     HALE AND DORR LLP
   1875 Pennsylvania Avenue NW
9  Washington, DC  20006
   Telephone: +1 202 663 6388
10 Facsimile: +1 202 663 6363

11 Attorneys for Defendants and Counterclaim-Plaintiffs
   *Hughes Communications Inc.*,
12 *Hughes Network Systems LLC*,
   *DISH Network Corporation*,
13 *DISH Network L.L.C.*, and
   *dishNET Satellite Broadband L.L.C.*
14

15               **UNITED STATES DISTRICT COURT**

16               **CENTRAL DISTRICT OF CALIFORNIA**

17 | The CALIFORNIA INSTITUTE OF TECHNOLOGY, | |
   |---|---|
18 | | Case No. 2:13-cv-07245-MRP-JEM |
19 | Plaintiff and Counterclaim-Defendant, | **NOTICE OF ERRATA** |
20 | | **JURY TRIAL DEMANDED** |
21 | vs. | |
22 | HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISHNET SATELLITE BROADBAND L.L.C., | |
23 | | |
24 | | |
25 | Defendants and Counterclaim-Plaintiffs. | |
26 | | |
27
28

PLEASE TAKE NOTICE that attached is the Answer, Defenses, and Counterclaims of Defendants Hughes Communications, Hughes Network Systems, DISH Network Corporation, DISH Network L.L.C., and dishNET to Plaintiff's Complaint ("Answer and Counterclaims").  The version previously filed as ECF No. 17 inadvertently omitted the signed signature page.  The attached Answer and Counterclaims includes the omitted signed signature page.

Dated:  February 11, 2014   WILMER CUTLER PICKERING HALE AND DORR LLP

By: _____*/s/ Aaron Thompson*_____
Aaron Thompson

Attorneys for Defendants and Counterclaim-Plaintiffs
*Hughes Communications Inc.,*
*Hughes Network Systems LLC,*
*DISH Network Corporation,*
*DISH Network L.L.C.,* and
*dishNET Satellite Broadband L.L.C.*

-1-
NOTICE OF ERRATA
Case No. 2:13-cv-07245-MRP-JEM