David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
Matthew J. Hawkinson (SBN 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:   (213) 443-5300
Facsimile:   (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:   (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Defendants and Counterclaim-Plaintiffs
*Hughes Communications Inc.*
*Hughes Network Systems LLC*
*DISH Network Corporation,*
*DISH Network L.L.C., and*
*dishNET Satellite Broadband L.L.C.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>                    Plaintiff,<br><br>      vs.<br><br>HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISHNET SATELLITE BROADBAND L.L.C.,<br><br>                    Defendant. | Case No.  2:13-cv-07245-MRP-JEM<br><br>**STIPULATED BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge |

PLEASE TAKE NOTICE that Defendants and Counterclaim-Plaintiffs Hughes Communications Inc., Hughes Network Systems LLC, DISH Network Corporation, DISH Network L.L.C., and dishNET Satellite Broadband L.L.C. ("Defendants") and Plaintiff and Counterclaim-Defendant The California Institute of Technology ("Caltech") hereby stipulate to the following briefing schedule for Defendants' Motion for Summary Judgment of Invalidity under 35 U.S.C. § 101:

| Event Description | Agreed Date |
| --- | --- |
| Opening Brief | September 17, 2014 |
| Opposition Brief | October 6, 2014 |
| Reply Brief | October 17, 2014 |
| Oral Argument | October 29, 2014 or October 30, 2014 at 1:30 PM (or another date available on the Court's calendar on which the parties are available) |

Further, Defendants and Caltech agree that each side shall use only a single declarant.  The parties agree to meet and confer and to cooperate in the scheduling of the deposition of any declarant.  Defendants will make their declarant available for deposition on a mutually agreed upon date on or between September 20 and September 28.  Caltech will make its declarant available for deposition on a mutually agreed upon date on or between October 9 and October 14.  The parties

further agree that, if necessary, such deposition may take place on a weekend day. Each side reserves 45 minutes for oral argument.

Dated: August 15, 2014     By:  */s/ David Marcus*
  David C. Marcus

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
Matthew J. Hawkinson (SBN 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

William G. McElwain (*pro hac vice*)
william.mcelwain@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: +1 202 663 6388
Facsimile: +1 202 663 6363

Attorneys for Defendants and Counterclaim-Plaintiffs
*Hughes Communications Inc.*,
*Hughes Network Systems LLC*,
*DISH Network Corporation*,
*DISH Network L.L.C.*, and
*dishNET Satellite Broadband L.L.C.*

By: */s/ Jim Asperger*
　　　Jim Asperger

Jim Asperger
jimasperger@quinnemanuel.com
Bryan C. Hathorn
bryanhathorn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Mark Yeh-Kai Tung
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Kathy Ke Peng
kathypeng@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Edward J. DeFranco
eddefranco@quinnemanuel.com
Eric Huang
erichuang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff California Institute of Technology*