UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.    LA13CV07245-MRP (JEMx)                      Date: September 2, 2014

Title:   CALIFORNIA INSTITUTE OF TECHNOLOGY v. HUGHES COMMUNICATIONS, INC., ET AL.
================================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

   Isabel Martinez                         Alex Joko
   Courtroom Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   James R. Asperger                          Aaron Shawn Thompson
   Kevin P. B. Johnson                        David C. Marcus
   Mark Yeh-Kai Tung                          Matthew J. Hawkinson

**PROCEEDINGS:  TELEPHONIC CONFERENCE**

The case is called and appearances are made. The Court hears from counsel. Counsel shall submit a proposed scheduling order to the Court by Monday, September 8, 2014.

MINUTES FORM 11                                         Initials of Deputy Clerk im
CIVIL - GEN                                             Time:  :20