James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 South Figueroa Avenue, 10th Floor
Los Angeles, CA   90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY <br><br> PLAINTIFF(S) <br> v. <br> HUGHES COMMUNICATIONS INC. et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CASE NO. 2:13-CV-7245 MRP (JEM) <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☑ Lodged:  (**List Documents**)

Caltech's Objection to Defendants' Ex Parte Application
Declaration of Bryan C. Hathorn in Support of Caltech's Opposition to Defendants' Ex Parte Application, with Exhibits
Application to File Under Seal Caltech's Opposition to Defendants' Ex Parte Application
[Proposed] Order Granting Application to File Under Seal Confidential Materials In Connection with
Proof of Service

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| | |
|---|---|
| February 23, 2015 <br> Date | /s/ James R. Asperger <br> Attorney Name <br> California Institute of Technology <br> Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)           NOTICE OF MANUAL FILING OR LODGING