© COPY

FILED
2015 FEB 23 PM 12:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
Bryan C. Hathorn (Bar No. 294413)
bryanhathorn@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Mark Yeh-Kai Tung (Bar No. 245782)
marktung@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiff*
*California Institute of Technology*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br><br>    Defendants. | CASE NO. 2:13-CV-7245 MRP (JEM)<br><br>**CERTIFICATE OF SERVICE FOR CALTECH'S APPLICATION TO FILE UNDER SEAL AND OBJECTION TO DEFENDANTS' *EX PARTE* APPLICATION**<br><br>Hon. Mariana R. Pfaelzer |

# CERTIFICATE OF SERVICE

This is to certify that, pursuant to Fed. R. Civ. P. 5, the following documents:

- Caltech's Objection to Defendants' Ex Parte Application for Shortened Time for Resolution of their Motion to Strike Portions of the Expert Report of Dr. Stephen B. Wicker Regarding Infringement

- Declaration of Bryan C. Hathorn in Support of Caltech's Opposition to Defendants' Ex Parte Application, with Exhibits

- Application to File Under Seal Caltech's Opposition to Defendants' Ex Parte Application

- [Proposed] Order Granting Application to File Under Seal Confidential Materials In Connection with Caltech's Opposition to Defendants' Ex Parte Application

have been served via email and FTP site, upon the following counsel:

David C. Marcus
david.marcus@wilmerhale.com
James M. Dowd
james.dowd@wilmerhale.com
Matthew J. Hawkinson
matthew.hawkinson@wilmerhale.com
Aaron Thompson
aaron.thompson@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
60 State Street
Boston, MA  02109
Telephone: (617) 526-6556
Facsimile: (617) 526-5000

Attorneys for Defendants and Counterclaim-Plaintiffs
*Hughes Communications Inc.,*
*Hughes Network Systems LLC,*
*DISH Network Corporation,*
*DISH Network L.L.C.,* and
*dishNET Satellite Broadband L.L.C.*

1  I declare under penalty of perjury that the above is true and correct.

2  Executed at Los Angeles, California, on February 23, 2015.

/s/ *Bryan C. Hathorn*