UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:13-cv-07245-MRP-JEM | Date | February 23, 2015 |
|---|---|---|---|
| Title | *The California Institute of Technology v. Hughes Communications, Inc., et al.* | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Isabel Martinez | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**       **(In Chambers)**

### ORDER RE: SCHEDULING FOR MOTION TO STRIKE

Having considered Hughes' ex parte application and Caltech's objection, the Court adopts the following schedule:

| Event | Date |
|---|---|
| Caltech's Opposition Due | Friday, February 27, 2015 |
| Hughes' Reply Due | Tuesday, March 3, 2015 |

The Court may set a telephonic hearing after receiving Hughes' reply brief.

**IT IS SO ORDERED.**