James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 South Figueroa Avenue, 10th Floor
Los Angeles, CA  90017

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA INSTITUTE OF TECHNOLOGY | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. 2:13-CV-7245 MRP (JEM) |
| v. | |
| HUGHES COMMUNICATIONS INC. et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged:  (**List Documents**)

- APPLICATION TO FILE UNDER SEAL
- PROPOSED ORDER GRANTING APPLICATION
- NOTICE OF MOTION and MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
- STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
- PROPOSED ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
- DECLARATION OF RON HAGIZ IN SUPPORT OF CALTECH'S MOTION, WITH EXHIBITS
- DECLARATION OF STEPHEN B. WICKER IN SUPPORT OF CALTECH'S MOTION (INFRINGEMENT)
- CERTIFICATE OF SERVICE

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

March 3, 2015
Date

/s/ James R. Asperger
Attorney Name

California Institute of Technology
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)  NOTICE OF MANUAL FILING OR LODGING