1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISHNET SATELLITE BROADBAND LLC, | Case No.  2:13-cv-07245-MRP-JEM<br><br>**ORDER ON  DEFENDANTS' APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MATERIALS IN CONNECTION WITH THEIR MOTION FOR IN CAMERA REVIEW AND PRODUCTION OF DOCUMENTS**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER ON DEFENDANTS' APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MATERIALS IN CONNECTION WITH THEIR MOTION FOR IN CAMERA REVIEW AND PRODUCTION OF DOCUMENTS
Case No.  2:13-cv-07245-MRP-JEM

**ORDER**

Having considered Defendants' Application to File Under Seal, and good cause having been shown, the application is hereby GRANTED.

The following documents shall be filed under seal:

- Defendants' Notice of Motion For In Camera Review And Production Of Documents
- Joint Stipulation In Support Of Defendants' Motion For In Camera Review And Production Of Documents
- Declaration Of Aaron S. Thompson In Support Of Defendants' Motion For In Camera Review And Production Of Documents and Exhibits Thereto
- Declaration Of Hui Jin In Support Of Caltech's Opposition To Defendants' Motion For In Camera Review And Production Of Documents
- Declaration Of Adam Cochran In Support Of Caltech's Opposition
- Declaration Of Hannah Dvorak-Carbone In Support Of Caltech's Opposition
- [PROPOSED] Order Granting Defendants' Motion For In Camera Review And Production Of Documents

IT IS SO ORDERED.

Dated:  March 4, 2015         By: _____
                                  Hon. Marian R. Pfaelzer
                                  United States District Court Judge

-1-

[PROPOSED] ORDER ON DEFENDANTS' APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MATERIALS IN CONNECTION WITH THEIR MOTION FOR IN CAMERA REVIEW AND PRODUCTION OF DOCUMENTS
Case No.  2:13-cv-07245-MRP-JEM