UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>              Plaintiff,<br><br>       vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>              Defendants. | CASE NO. 2:13-CV-7245 MRP (JEMx)<br><br>**ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MATERIALS IN SUPPORT OF CALTECH'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION**<br><br>Hearing date: TBD by Court if Needed<br><br>Fact Discovery Cutoff: January 16, 2015<br><br>Pretrial Conference: April 13, 2015<br><br>Trial Date: April 20, 2015 |

   Having considered Caltech's Application to File Under Seal, and good cause having been shown, the application is hereby GRANTED.

   The following documents shall be filed under seal:

- Caltech's Objection to Defendants' Ex Parte Application for Shortened Time for Resolution of their Motion to Strike Portions of the Expert Report of Dr. Stephen B. Wicker Regarding Infringement

- Declaration of Bryan C. Hathorn in Support of Caltech's Opposition to Defendants' Ex Parte Application, with Exhibits

- Application to File Under Seal Caltech's Opposition to Defendants' Ex Parte Application

- [Proposed] Order Granting Application to File Under Seal Confidential Materials In Connection with Caltech's Opposition to Defendants' Ex Parte Application

IT IS SO ORDERED

DATED:   March 4, 2015

*/s/ Mariana R. Pfaelzer*

_____

Honorable Mariana R. Pfaelzer
United States District Court Judge