1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  James M. Dowd (SBN 259578)
   james.dowd@wilmerhale.com
3  Aaron Thompson (SBN 272391)
   aaron.thompson@wilmerhale.com
4  WILMER CUTLER PICKERING HALE
     AND DORR LLP
5  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
6  Telephone:  (213) 443-5300
   Facsimile:   (213) 443-5400
7
   William F. Lee (*pro hac vice*)
8  william.lee@wilmerhale.com
   WILMER CUTLER PICKERING HALE
9    AND DORR LLP
   60 State Street
10 Boston, MA 02109
   Telephone:  (617) 526-6000
11 Facsimile:   (617) 526-5000

12 Attorneys for
   *Hughes Communications Inc.*
13 *Hughes Network Systems LLC*
   *DISH Network Corporation,*
14 *DISH Network LLC, and*
   *dishNET Satellite Broadband LLC*

15          **UNITED STATES DISTRICT COURT**
16          **CENTRAL DISTRICT OF CALIFORNIA**

17 THE CALIFORNIA INSTITUTE OF
   TECHNOLOGY,
18
                        Plaintiff,            Case No.  2:13-cv-07245-MRP-
19                                            JEM
         vs.
20                                            **DEFENDANTS'**
                                              **APPLICATION TO FILE**
21 HUGHES COMMUNICATIONS INC.,                **UNDER SEAL**
   HUGHES NETWORK SYSTEMS LLC,                **CONFIDENTIAL MATERIALS**
22 DISH NETWORK CORPORATION,                  **IN CONNECTION WITH**
   DISH NETWORK LLC, and DISHNET              **DEFENDANTS' MOTION FOR**
23 SATELLITE BROADBAND LLC,                   **SUMMARY JUDGMENT**

24                      Defendants.           The Hon. Mariana R. Pfaelzer
                                              United States District Court Judge
25

26

27

28

---

DEFENDANTS' APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MATERIALS IN
CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Case No.  2:13-cv-07245-MRP-JEM

ORIGINAL

FILED

2015 MAR -3  PM 2:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

**PLEASE TAKE NOTICE THAT** pursuant to Civil Local Rule 79-5, Defendants and Counterclaim Plaintiffs Hughes Communications Inc., Hughes Network Systems LLC, DISH Network Corporation, DISH Network L.L.C., and dishNET Satellite Broadband L.L.C. ("Defendants") submit this application to the Court for an order sealing the materials described below filed by Defendants in connection with their Motion for Summary Judgment. This application applies to the following items:

- Defendants' Notice of Motion and Motion for Summary Judgment
- Memorandum in Support of Defendants' Motion for Summary Judgment
- Defendants' Statement of Uncontroverted Facts and Conclusions Of Law
- Declaration of Aaron Thompson in Support of Defendants' Motion for Summary Judgment and Exhibits Thereto
- Declaration of Dr. Brenden Frey in Support of Defendants' Motion for Summary Judgment and Exhibit Thereto
- Declaration of Thomas Paul Gaske
- [proposed] Judgment and Order Granting Defendants' Motion for Summary Judgment

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. Defendants apply to file these materials under seal on the ground that they contain information alleged by Caltech to be confidential pursuant to the terms of the Protective Order entered in this action on December 12, 2014. (Dkt. 175.) In addition, these materials contain information that third parties (Comtech and Xilinx) and Hughes considers highly confidential information related to the technical operation of their products.

-1-

1      For the foregoing reasons, Defendants respectfully request that the Court

2 grant Defendants' Application to File under Seal.

3 Dated: March 2, 2015        By: _/s/Aaron Thompson_
                                  Aaron Thompson

4

5                            Attorneys for Defendants and Counterclaim-
                             Plaintiffs

6                            _Hughes Communications Inc.,_
                           _Hughes Network Systems LLC,_

7                            _DISH Network Corporation,_
                           _DISH Network L.L.C.,_ and

8                            _dishNET Satellite Broadband L.L.C._

9                            David C. Marcus (SBN 158704)
                           david.marcus@wilmerhale.com

10                           James M. Dowd (SBN 259578)
                           james.dowd@wilmerhale.com

11                           Matthew J. Hawkinson (SBN 248216)
                           matthew.hawkinson@wilmerhale.com

12                           Aaron Thompson (SBN 272391)
                           aaron.thompson@wilmerhale.com

13                           WILMER CUTLER PICKERING HALE AND
                            DORR LLP

14                           350 South Grand Avenue, Suite 2100
                          Los Angeles, CA 90071

15                           Telephone: +1 213 443 5300
                          Facsimile: +1 213 443 5400

16                           William F. Lee (_pro hac vice_)
                          william.lee@wilmerhale.com

17                           WILMER CUTLER PICKERING  HALE AND
                            DORR LLP

18                           60 State Street
                          Boston, Massachusetts 02109

19                           Telephone: +1 617 526 6000
                          Facsimile: +1 617 526 5000

20

21                          William G. McElwain (_pro hac vice_)
                          william.mcelwain@wilmerhale.com

22                           WILMER CUTLER PICKERING HALE AND
                            DORR LLP

23                           1875 Pennsylvania Avenue NW
                          Washington, DC  20006

24                           Telephone: +1 202 663 6388
                          Facsimile: +1 202 663 6363

25

26

27

28

-2-