1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>                              Plaintiff,<br><br>        vs.<br><br>HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISHNET SATELLITE BROADBAND LLC,<br><br>                              Defendants. | Case No.  2:13-cv-07245-MRP-(JEMx)<br><br>**ORDER ON DEFENDANTS' APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MATERIALS IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge |

## ORDER

Having considered Defendants' Application to File Under Seal, and good cause having been shown, the application is hereby GRANTED.

The following documents shall be filed under seal:

- Defendants' Notice of Motion and Motion for Summary Judgment
- Memorandum in Support of Defendants' Motion for Summary Judgment
- Defendants' Statement of Uncontroverted Facts and Conclusions Of Law
- Declaration of Aaron Thompson in Support of Defendants' Motion for Summary Judgment and Exhibits Thereto
- Declaration of Dr. Brenden Frey in Support of Defendants' Motion for Summary Judgment and Exhibit Thereto
- Declaration of Thomas Paul Gaske
- [proposed] Judgment and Order Granting Defendants' Motion for Summary Judgment

IT IS SO ORDERED.

Dated:  March 5, 2015        By:_____
                                  Hon. Marian R. Pfaelzer
                                  United States District Court Judge

-1-

[PROPOSED] ORDER ON  DEFENDANTS' APPLICATION TO FILE UNDER SEAL
CONFIDENTIAL MATERIALS IN CONNECTION WITH DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT
Case No.  2:13-cv-07245-MRP-JEM