1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, | Case No. 2:13-cv-07245-MRP-JEM |
| | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PAGE LIMITS FOR OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT** |
| HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISHNET SATELLITE BROADBAND LLC, | The Hon. Mariana R. Pfaelzer United States District Court Judge |

# ORDER

Before the Court is a joint stipulation regarding page limits for oppositions to motions for summary judgment.

IT IS HEREBY ORDERED that each party may exceed the page limit for opposing papers established by the local rules. Each party shall be limited to a single multi-issue opposition to motion summary judgment with a limit of 45 pages.

IT IS SO ORDERED.

Dated: March 13, 2015      By: _____
                               Hon. Marian R. Pfaelzer
                               United States District Court Judge