1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10  THE CALIFORNIA INSTITUTE OF
    TECHNOLOGY,

11

12

13  HUGHES COMMUNICATIONS INC.,
    HUGHES NETWORK SYSTEMS LLC,

14  DISH NETWORK CORPORATION,
    DISH NETWORK LLC, and DISHNET

15  SATELLITE BROADBAND LLC,

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  2:13-cv-07245-MRP-JEM

**ORDER ON  DEFENDANTS'**
**APPLICATION TO FILE**
**UNDER SEAL**
**CONFIDENTIAL MATERIALS**
**IN CONNECTION WITH**
**THEIR SUPPLEMENTAL**
**MEMORANDUM**
**REGARDING MOTION TO**
**COMPEL**

The Hon. Mariana R. Pfaelzer
United States District Court Judge

[PROPOSED] ORDER ON  DEFENDANTS' APPLICATION TO FILE UNDER SEAL
CONFIDENTIAL MATERIALS IN CONNECTION WITH THEIR SUPPLEMENTAL
MEMORANDUM REGARDING MOTION TO COMPEL
Case No.  2:13-cv-07245-MRP-JEM

1        **<u>ORDER</u>**

2        Having considered Defendants' Application to File Under Seal, and good

3    cause having been shown, the application is hereby GRANTED.

4        The following documents shall be filed under seal:

5        • Supplemental Memorandum In Support Of Defendants' Motion For *In*

6        *Camera* Review And Production Of Documents

7        • Declaration Of Aaron S. Thompson In Support Of Defendants'

8        Supplemental Memorandum And Exhibits Thereto

9

10       IT IS SO ORDERED.

11

12   Dated:  March 4, 2015         By:_____

13                                     Hon. Marian R. Pfaelzer
                                       United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

[PROPOSED] ORDER ON  DEFENDANTS' APPLICATION TO FILE UNDER SEAL
CONFIDENTIAL MATERIALS IN CONNECTION WITH THEIR SUPPLEMENTAL
MEMORANDUM REGARDING MOTION TO COMPEL
Case No.  2:13-cv-07245-MRP-JEM