David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA INSTITUTE OF TECHNOLOGY | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 13-cv-07245-MRP-JEM |
| v. | |
| HUGHES COMMUNICATIONS INC. ET AL | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged: **(List Documents)**

Application to File Under Seal; [proposed] Order Granting Application to File Under Seal; Memorandum in Support of Defendants' Opposition to Caltech's Motion for Summary Judgment; Defendants' Statement of Disputed Facts and Conclusions Of Law; Declaration of Dr. Wayne Stark ISO Defendants' Opposition to Caltech's MSJ and Exhibits Thereto; Declaration of Dr. Brendan Frey ISO Defendants' Opposition to Caltech's MSJ and Exhibit Thereto; Declaration of Aaron Thompson ISO Defendants' Opposition to Caltech's MSJ and Exhibits Thereto; Declaration of Matthew Hawkinson ISO Defendants Opposition and Exhibits; Declaration of Jeffrey Hantson ISO Defendants' Opposition to Caltech's MSJ and Exhibits Thereto; Declaration of Sydenham Alexander ISO Defendants' Opposition to Caltech's MSJ and Exhibits Thereto

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

March 13, 2015                     /s/ Aaron Thompson
Date                               Attorney Name
                                   HUGHES COMMUNICATIONS INC. et. al.
                                   Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).