1 David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
2 James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
3 Matthew J. Hawkinson (SBN 248216)
matthew.hawkinson@wilmerhale.com
4 Aaron Thompson (SBN 272391)
aaron.thompson@wilmerhale.com
5 WILMER CUTLER PICKERING HALE
    AND DORR LLP
6 350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
7 Telephone:   (213) 443-5300
Facsimile:    (213) 443-5400
8

9 William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
10 WILMER CUTLER PICKERING HALE
    AND DORR LLP
11 60 State Street
Boston, MA 02109
Telephone:   (617) 526-6000
12 Facsimile:    (617) 526-5000

13 Attorneys for
*Hughes Communications Inc.*
14 *Hughes Network Systems LLC*
*DISH Network Corporation,*
15 *DISH Network LLC, and*
*dishNET Satellite Broadband LLC*

16

17 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18 THE CALIFORNIA INSTITUTE OF TECHNOLOGY, | Case No.  2:13-cv-07245-MRP-JEM |
| 19 | |
| 20               Plaintiff, | **PROOF OF SERVICE** |
| 21        vs. | The Hon. Mariana R. Pfaelzer United States District Court Judge |
| 22 HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, | |
| 23 DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISHNET SATELLITE BROADBAND LLC, | |
| 24 | |
| 25               Defendants. | |

26

27

28

| 1 | **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Aaron Thompson, hereby certify that copies of the following documents are being served upon the following parties as indicated below on March 13, 2015.

- Application to File Under Seal
- [proposed] Order Granting Application to File Under Seal
- Memorandum in Support of Defendants' Opposition to Caltech's Motion for Summary Judgment
- Defendants' Statement of Disputed Facts and Conclusions Of Law
- Declaration of Dr. Wayne Stark in Support of Defendants' Opposition to Caltech's Motion for Summary Judgment and Exhibits Thereto
- Declaration of Dr. Brendan Frey in Support of Defendants' Opposition to Caltech's Motion for Summary Judgment and Exhibit Thereto
- Declaration of Aaron Thompson in Support of Defendants' Opposition to Caltech's Motion for Summary Judgment and Exhibits Thereto
- 
- Declaration of Jeffrey Hantson in Support of Defendants' Opposition to Caltech's Motion for Summary Judgment and Exhibits Thereto
- Declaration of Sydenham Alexander in Support of Defendants' Opposition to Caltech's Motion for Summary Judgment and Exhibits Thereto

Via Electronic Mail/Electronic Cloud Delivery for Plaintiff the California Institute of Technology:

James R Asperger
jimasperger@quinnemanuel.com

Kevin P B Johnson

kevinjohnson@quinnemanuel.com

Bryan Christopher Hathorn
bryanhathorn@quinnemanuel.com

-1-

| | |
|---|---|
| Edward J DeFranco<br>eddefranco@quinnemanuel.com | Mark Yeh-Kai Tung<br>marktung@quinnemanuel.com |
| Eric H Huang<br>erichuang@quinnemanuel.com | Ron Hagiz<br>ronhagiz@quinnemanuel.com |
| Kathy Ke Peng<br>kathypeng@quinnemanuel.com | James M Glass<br>jimglass@quinnemanuel.com |
| Krista M. Rycroft<br>kristarycroft@quinnemanuel.com | Robert Nai-Shu Kang<br>robertkang@quinnemanuel.com |

I certify under penalty of perjury that the foregoing is true and correct.

By: *   /s/ Aaron Thompson*
          Aaron Thompson

Attorneys for Defendants and Counterclaim-
   Plaintiffs
*Hughes Communications Inc.*,
*Hughes Network Systems LLC*,
*DISH Network Corporation*,
*DISH Network L.L.C.*, and
*dishNET Satellite Broadband L.L.C.*

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
Matthew J. Hawkinson (SBN 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
   DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING  HALE AND
   DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

William G. McElwain (*pro hac vice*)

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

william.mcelwain@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
Telephone: +1 202 663 6388
Facsimile: +1 202 663 6363

-2-

PROOF OF SERVICE
Case No.  2:13-cv-07245-MRP-JEM