James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 South Figueroa Avenue, 10th Floor
Los Angeles, CA  90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA INSTITUTE OF TECHNOLOGY | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. 2:13-CV-7245 MRP (JEM) |
| v. | |
| HUGHES COMMUNICATIONS INC. et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged:  (**List Documents**)

APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MATERIALS IN SUPPORT OF CALTECH'S MOTION FOR RECONSIDERATION; PROPOSED ORDER GRANTING APPLICATION; NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S ORDER (DKT. 367) STRIKING PORTIONS OF CALTECH'S INFRINGEMENT EXPERT REPORT; CALTECH'S MEMORANDUM IN SUPPORT OF CALTECH'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER (DKT. 367) STRIKING PORTIONS OF CALTECH'S INFRINGEMENT EXPERT REPORT; PROPOSED ORDER GRANTING CALTECH'S MOTION FOR RECONSIDERATION; DECLARATION OF RON HAGIZ IN SUPPORT OF CALTECH'S MOTION FOR RECONSIDERATION; CERTIFICATE OF SERVICE

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| April 28, 2015 | /s/ James R. Asperger |
|---|---|
| Date | Attorney Name |
| | California Institute of Technology |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*