James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 South Figueroa Avenue, 10th Floor
Los Angeles, CA   90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY<br><br>PLAINTIFF(S)<br>v.<br>HUGHES COMMUNICATIONS INC. et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CASE NO. 2:13-CV-7245 MRP (JEM)<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☑ Lodged:  (**List Documents**)

APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MATERIALS IN SUPPORT OF CALTECH'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF THE COURT'S ORDER (DKT. 367) STRIKING PORTIONS OF CALTECH'S INFRINGEMENT EXPERT REPORT; [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL; CALTECH'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF THE COURT'S ORDER (DKT. 367) STRIKING PORTIONS OF CALTECH'S INFRINGEMENT EXPERT REPORT; DECLARATION OF RON HAGIZ IN FURTHER SUPPORT OF CALTECH'S MOTION FOR RECONSIDERATION; CERTIFICATE OF SERVICE

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

June 4, 2015
Date

/s/ James R. Asperger
Attorney Name

California Institute of Technology
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)   **NOTICE OF MANUAL FILING OR LODGING**