QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
Bryan C. Hathorn (Bar No. 294413)
bryanhathorn@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
*Attorneys for Plaintiff*
*California Institute of Technology*

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>　　　　Plaintiff,<br>vs.<br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>　　　　Defendants. | CASE NO. 2:13-CV-7245 MRP (JEM)<br>**CERTIFICATE OF SERVICE**<br>**FILED UNDER SEAL** |

[LODGED stamp: CLERK U.S. DISTRICT COURT   JUN - 4 2015   CENTRAL DISTRICT OF CALIFORNIA   BY ___ DEPUTY]

Case No. 2:13-cv-7245 MRP (JEM)
**CERTIFICATE OF SERVICE**

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Mark Yeh-Kai Tung (Bar No. 245782)
marktung@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
Eric Huang (admitted *pro hac vice*)
erichuang@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff*
*California Institute of Technology*

# CERTIFICATE OF SERVICE

This is to certify that, pursuant to Fed. R. Civ. P. 5, the following documents:

- APPLICATION TO FILE UNDER SEAL CONFIDENTIAL MATERIALS IN SUPPORT OF CALTECH'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF THE COURT'S ORDER (DKT. 367) STRIKING PORTIONS OF CALTECH'S INFRINGEMENT EXPERT REPORT

- [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

- CALTECH'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF THE COURT'S ORDER (DKT. 367) STRIKING PORTIONS OF CALTECH'S INFRINGEMENT EXPERT REPORT

- DECLARATION OF RON HAGIZ IN FURTHER SUPPORT OF CALTECH'S MOTION FOR RECONSIDERATION

- CERTIFICATE OF SERVICE

Have been served via email, upon the following counsel:

David C. Marcus
david.marcus@wilmerhale.com
James M. Dowd
james.dowd@wilmerhale.com
Matthew J. Hawkinson
matthew.hawkinson@wilmerhale.com
Aaron Thompson
aaron.thompson@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6556
Facsimile: (617) 526-5000

```
 1  Attorneys for Defendants and Counterclaim-Plaintiffs
    Hughes Communications Inc.,
 2  Hughes Network Systems LLC,
    DISH Network Corporation,
 3  DISH Network L.L.C., and
    dishNET Satellite Broadband L.L.C.
 4

 5  I declare under penalty of perjury that the above is true and correct.

 6
    Executed at Los Angeles, California, on June 4, 2015.
 7
                                            /s/ Bryan C. Hathorn
 8
```

Attorneys for Defendants and Counterclaim-Plaintiffs
*Hughes Communications Inc.,*
*Hughes Network Systems LLC,*
*DISH Network Corporation,*
*DISH Network L.L.C.,* and
*dishNET Satellite Broadband L.L.C.*

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, on June 4, 2015.

/s/ *Bryan C. Hathorn*

-4-   Case No. 2:13-cv-07245-MRP (JEMx)
**CERTIFICATE OF SERVICE**