QUINN EMANUEL URQUHART
& SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
Bryan C. Hathorn (Bar No. 294413)
bryanhathorn@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
*Attorneys for Plaintiff*
*California Institute of Technology*

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>　　　　Plaintiff,<br>　vs.<br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>　　　　Defendants. | CASE NO. 2:13-CV-7245 MRP (JEM)<br>**JOINT STATUS REPORT**[1] |

---

[1] The same joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

1    QUINN EMANUEL URQUHART & SULLIVAN, LLP

2    Kevin P.B. Johnson (Bar No. 177129)
3    kevinjohnson@quinnemanuel.com
     Mark Yeh-Kai Tung (Bar No. 245782)
4    marktung@quinnemanuel.com
     555 Twin Dolphin Drive, 5th Floor
5    Redwood Shores, California 94065
6    Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
7

8    Edward J. DeFranco (Bar No. 165596)
     eddefranco@quinnemanuel.com
9    Eric Huang (admitted *pro hac vice*)
10    erichuang@quinnemanuel.com
     51 Madison Avenue, 22nd Floor
11    New York, New York 10010
12    Telephone: (212) 849-7000
     Facsimile: (212) 849-7100
13

14    *Attorneys for Plaintiff*
     *California Institute of Technology*
15

As a result of the Court-ordered mediation (Case No. 2:15-cv-01108-MRP (JEM) Dkt. 42; Case No. 2:13-cv-7245-MRP (JEM) Dkt. 385), which occurred on August 5, the parties have been actively discussing a proposal to resolve the dispute through binding arbitration. A determination of whether this approach is acceptable to the parties requires considerable negotiation and consideration over the details of the proposed arbitration which the parties have been unable to complete since the mediation. In light of vacation schedules, the parties believe that an additional 30 days is necessary to determine whether they can jointly agree to binding arbitration. The parties respectfully request the Court set a new date for an additional status report to September 14, 2015.

DATED: August 14, 2015      Respectfully submitted,

By: */s/James R. Asperger*

James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

By: */s/ David C. Marcus*

David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
Matthew J. Hawkinson (SBN: 248216)

| | |
|---|---|
| 1 | matthew.hawkinson@wilmerhale.com |
| 2 | Aaron Thompson (SBN: 272391) |
| | aaron.thompson@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING HALE |
| | AND DORR LLP |
| 4 | 350 South Grand Avenue, Suite 2100 |
| 5 | Los Angeles, CA 90071 |
| | Telephone: +1 213 443 5300 |
| 6 | Facsimile: +1 213 443 5400 |

*Attorneys for Defendants and Counterclaim-Plaintiffs Hughes Communications Inc., Hughes Network Systems LLC, DISH Network Corporation, DISH Network L.L.C., and dishNET Satellite Broadband L.L.C.*