E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-07245 MRP (JEM) <br> CV 15-01108 MRP (JEM) | Date | August 18, 2015 |
|---|---|---|---|
| Title | *California Institute of Technology  v. Hughes Communications Inc., et al.* | | |

| **Presiding: The Honorable** | GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|
| Beatrice Herrera | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None | None |

**PROCEEDINGS:**   **IN CHAMBERS – ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

On August 14, 2015, the parties submitted a joint status report to the Court detailing efforts taken towards resolution of these matters and requesting an extension of time to further those efforts. The Court has considered this recent joint status report, and for the reasons set forth therein, the Court **GRANTS** the parties' request for an extension of time. The parties shall file a further joint status report by no later than September 14, 2015.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Preparer | | Bea |