QUINN EMANUEL URQUHART
& SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
Bryan C. Hathorn (Bar No. 294413)
bryanhathorn@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100
*Attorneys for Plaintiff*
*California Institute of Technology*

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>        Plaintiff,<br><br>    vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>        Defendants. | CASE NO. 2:13-CV-7245 MRP (JEM)<br><br>**JOINT STATUS REPORT**[1] |

---

[1] The same joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

Case No. 2:13-CV-7245 MRP (JEM)
JOINT STATUS REPORT

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Mark Yeh-Kai Tung (Bar No. 245782)
marktung@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Edward J. DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
Eric Huang (admitted *pro hac vice*)
erichuang@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Plaintiff
California Institute of Technology*

Pursuant to the Court's August 18, 2015 Order, Dkt. 390, the parties submit this joint status report to inform the Court of their settlement efforts and plan. The parties are making progress in continuing to negotiate the terms of a proposal to resolve the dispute through binding arbitration, including exchange of draft terms. In light of the complexity of the issues involved, the parties have not yet reached agreement, but believe the discussion is productive and is moving towards achieving resolution of this dispute. The parties respectfully request the Court set a new date for an additional status report to October 14, 2015.

DATED: September 14, 2015        Respectfully submitted,

By: */s/James R. Asperger*

James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

By: */s/ David C. Marcus*

David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
Matthew J. Hawkinson (SBN: 248216)

matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendants and
Counterclaim-Plaintiffs
Hughes Communications Inc.,
Hughes Network Systems LLC,
DISH Network Corporation,
DISH Network L.L.C., and
dishNET Satellite Broadband L.L.C.*