David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
Matthew J. Hawkinson (SBN 248216)
matthew.hawkinson@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendants and
Counterclaim-Plaintiffs
*Hughes Communications Inc.*
*Hughes Network Systems LLC*
*DISH Network Corporation,*
*DISH Network L.L.C., and*
*dishNET Satellite Broadband L.L.C.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>            Plaintiff,<br>   vs.<br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>            Defendants. | CASE NO. 2:13-CV-7245 MRP (JEM)<br><br>**JOINT STATUS REPORT**[1] |

---

[1] The same joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

Pursuant to the Court's September 15, 2015 Order, Dkt. 392, the parties submit this joint status report to inform the Court of their continued settlement efforts and plan. The parties have continued to negotiate the terms of a proposal to resolve the dispute through binding arbitration. At this stage, the parties still believe this effort is productive and would like to continue to pursue this avenue towards resolving the dispute. Therefore, the parties respectfully request the Court set a new date for an additional status report to November 16, 2015.

DATED: October 14, 2015         Respectfully submitted,

By: */s/ David C. Marcus*
David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
Matthew J. Hawkinson (SBN: 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendants and Counterclaim-Plaintiffs Hughes Communications Inc., Hughes Network Systems LLC, DISH Network Corporation, DISH Network L.L.C., and dishNET Satellite Broadband L.L.C.*

|   |   |
|---|---|
| 1 | |
| 2 | By: */s/James R. Asperger* |
| 3 | James R. Asperger |
|   | jimasperger@quinnemanuel.com |
| 4 | QUINN EMANUEL URQUHART & |
| 5 | SULLIVAN, LLP |
|   | 865 S. Figueroa St., 10th Floor |
| 6 | Los Angeles, California 90017 |
| 7 | Telephone:   (213) 443-3000 |
|   | Facsimile:   (213) 443-3100 |
| 8 | |
| 9 | *Attorneys for Plaintiff California Institute of Technology* |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |