QUINN EMANUEL URQUHART
& SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100
*Attorneys for Plaintiff*
*California Institute of Technology*

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>            Plaintiff,<br><br>   vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>            Defendants. | CASE NO. 2:13-CV-7245 MRP (JEM)<br><br>**JOINT STATUS REPORT**[1] |

---

[1] The same joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Mark Yeh-Kai Tung (Bar No. 245782)
marktung@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
Eric Huang (admitted *pro hac vice*)
erichuang@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff
California Institute of Technology*

Pursuant to the Court's October 20, 2015 Order (Dkt. 394), the parties submit this joint status report to inform the Court of the status of ongoing settlement efforts. The parties have continued negotiating the terms of a proposal to resolve their dispute through binding arbitration including the terms of a proposed license.   While the negotiation is not yet complete, based on the exchanges of draft proposals, the parties continue to see progress resulting from these efforts and would like additional time to work through the remaining issues.    Therefore, the parties respectfully request the Court set a new date for an additional status report to December 21, 2015.

DATED: November 20, 2015          Respectfully submitted,

By: */s/James R. Asperger*

James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

By: */s/ David C. Marcus*

| | |
|---|---|
| 1 | David C. Marcus (SBN: 158704) |
| 2 | david.marcus@wilmerhale.com |
|   | Matthew J. Hawkinson (SBN: 248216) |
| 3 | matthew.hawkinson@wilmerhale.com |
| 4 | Aaron Thompson (SBN: 272391) |
|   | aaron.thompson@wilmerhale.com |
| 5 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 6 | 350 South Grand Avenue, Suite 2100 |
| 7 | Los Angeles, CA 90071 |
|   | Telephone: +1 213 443 5300 |
| 8 | Facsimile: +1 213 443 5400 |

*Attorneys for Defendants and Counterclaim-Plaintiffs Hughes Communications Inc., Hughes Network Systems LLC, DISH Network Corporation, DISH Network L.L.C., and dishNET Satellite Broadband L.L.C.*

-2-
JOINT STATUS REPORT

Case No. 2:13-CV-7245 MRP (JEM)