E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 13-07245 MRP (JEM)**<br>CV 15-01108 MRP (JEM) | Date | December 1, 2015 |
|---|---|---|---|

| Title | *California Institute of Technology v. Hughes Communications, Inc., et al.* |
|---|---|

**Presiding: The Honorable**     **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None     None

**Proceedings:**     **(In Chambers) Order re:** Joint Status Report

On November 20, 2015, the parties submitted a joint status report to the Court detailing efforts taken towards resolution of these matters through binding arbitration and requesting an extension of time to further those efforts. The Court has considered this recent joint status report, and for the reasons set forth therein, the Court GRANTS the parties' request for an extension of time. The parties shall file a further joint status report by no later than December 21, 2015.

**IT IS SO ORDERED.**

     --    :    --

Initials of Deputy Clerk     Bea