David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
Matthew J. Hawkinson (SBN 248216)
matthew.hawkinson@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendants and
Counterclaim-Plaintiffs
*Hughes Communications Inc.*
*Hughes Network Systems LLC*
*DISH Network Corporation,*
*DISH Network L.L.C., and*
*dishNET Satellite Broadband L.L.C.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>      Plaintiff,<br>vs.<br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>      Defendants. | CASE NO. 2:13-CV-7245 MRP (JEM)<br><br>**JOINT STATUS REPORT**[1] |

---

[1] The same joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

Pursuant to the Court's December 1, 2015 Order (Dkt. 397), the parties submit this joint status report to inform the Court of the status of ongoing settlement efforts. The parties continue to make progress on the negotiations regarding the terms of a proposal to resolve the dispute through binding arbitration. The exchanges of draft proposals continue to converge, and both parties would like to continue this process further as both sides believe these efforts are fruitful with a reasonable likelihood of leading to agreement on a resolution. Therefore, the parties respectfully request the Court set a new date for an additional status report to January 21, 2016.

DATED: December 21, 2015          Respectfully submitted,

By: */s/ David C. Marcus*
David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
Matthew J. Hawkinson (SBN: 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendants and Counterclaim-Plaintiffs Hughes Communications Inc., Hughes Network Systems LLC, DISH Network Corporation, DISH Network L.L.C., and dishNET Satellite Broadband L.L.C.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/James R. Asperger*
James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*