| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | James R. Asperger (Bar No. 083188)<br>jimasperger@quinnemanuel.com |
| 3 | 865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017 |
| 4 | Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100 |
| 5 | *Attorneys for Plaintiff*<br>*California Institute of Technology* |
| 6 | |
| 7 | [LIST OF COUNSEL CONTINUED ON NEXT PAGE] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>            Plaintiff,<br>   vs.<br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>            Defendants. | CASE NO. 2:13-CV-7245 MRP-JEM<br><br>**JOINT APPLICATION TO FILE UNDER SEAL AMENDED JOINT STATUS REPORT[1]** |

---

[1]   The same application is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Mark Yeh-Kai Tung (Bar No. 245782)
marktung@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
Eric Huang (admitted *pro hac vice*)
erichuang@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff*
*California Institute of Technology*

Case No. 2:13-CV-7245 MRP-JEM
JOINT APPLICATION TO FILE UNDER SEAL

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5.2.2, the parties submit this application to the Court for an order sealing the materials described by below filed in connection with the parties' Joint Amended Status Report, to be filed pursuant to the Court's January 22, 2016 Order (Dkt. 401).  This application applies to the following items:

- AMENDED JOINT STATUS REPORT

This application is made on the grounds that these documents contain highly confidential details of discussions between the parties negotiating resolution of the case and the parties' interest in maintaining the confidentiality of the documents outweighs the public's right of access to materials submitted in connection with a judicial proceeding.

For the foregoing reasons and as set forth in the Sealed Declaration, the parties respectfully request that the Court grant this Joint Application to File under Seal.

Further, the parties respectfully request leave to file the above Amended Joint Status Report following the Court's order on this Joint Application to File Under Seal.

DATED: February 5, 2016            Respectfully submitted,

By: */s/James R. Asperger*

James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

By:  */s/ David C. Marcus*

David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
Matthew J. Hawkinson (SBN: 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendants and
Counterclaim-Plaintiffs
Hughes Communications Inc.,
Hughes Network Systems LLC,
DISH Network Corporation,
DISH Network L.L.C., and
dishNET Satellite Broadband L.L.C.*