1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10

11
CALIFORNIA INSTITUTE OF TECHNOLOGY, a California

12
corporation,

13
Plaintiff,

14
vs.

15
HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES

16
NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH

17
NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a

18
Colorado limited liability company, and DISHNET SATELLITE BROADBAND

19
L.L.C., a Colorado limited liability company,

20
Defendants.

21

22

23

24

25

26

27

28

CASE NO. 2:13-CV-7245 MRP-JEM

**[PROPOSED] ORDER GRANTING JOINT APPLICATION TO FILE UNDER SEAL AMENDED JOINT STATUS REPORT**

-1-

1   Having considered the parties' Joint Application to File Under Seal, and good

2  cause having been shown, the application is hereby GRANTED.

3   The following documents shall be filed under seal:

4   • AMENDED JOINT STATUS REPORT

5   The parties' request for leave to file the above Amended Joint Status Report

6  following the Court's Order on this Joint Application to File Under Seal is hereby

7  GRANTED.

8

9  **IT IS SO ORDERED.**

10

11  DATED:  February ___, 2016

12

13

14  _____

    Honorable George H. King
    Chief United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28