**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
*Attorneys for Plaintiff*
*California Institute of Technology*

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>　　　　　Plaintiff,<br>　　vs.<br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>　　　　　Defendants. | CASE NO. 2:13-CV-7245-MRP-JEM<br><br>**AMENDED JOINT STATUS REPORT**[1] |

---

[1] The same amended joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Mark Yeh-Kai Tung (Bar No. 245782)
marktung@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Edward J. DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
Eric Huang (admitted *pro hac vice*)
erichuang@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Plaintiff*
*California Institute of Technology*

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1  Pursuant to the Court's January 22, 2016 Order (Dkt. 401), the parties submit
2  this amended joint status report to provide additional information requested by the
3  Court.

4  ████████████████████████████████████████████
5  ████████████████████████  ████████████████████
6  ██████████████████████████████████████  █
7  ████████████████████████████████████████
8  ██████████████████████████████████████
9  ████████  ██████████████████████████████
10 ██████████████████████████████████████████████
11 ██████████████████████████  ████████████████
12 ████████████████████████████████████████
13   ██████████████████████████████████████████
14 ████████████████████████████████████████
15 ██████████████████████  ██████████████████████
16 ██████████████████████████████████████
17 ████████████████████████████████████████  ██████
18 ██████████████████████████████████████
19 ██████████████████████████████████████████
20 ██████████████████  ██████████████████████████
21 ████████████████████████████████████████████
22 ██████████████████████████████████████████
23 ████████████████████████████████████████████
24 ████████████████████████
25   ████████████████████████████████████████████
26 ████████████████████████████████████████████  █
27 ████████████████████████████████████████████
28 ████

-1- Case No. 2:13-CV-7245-MRP-JEM
AMENDED JOINT STATUS REPORT

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1. ███████████████████████████████████████████
2. ███████████████████████████████  █████████████
3. ███████████████████████████████████████████████
4. ███████████████████████████████████████████████
5. ███████████████████████████████████████████████
6. █████████████████████

14. DATED: February 5, 2016            Respectfully submitted,

17.                         By: */s/ James R. Asperger*
18.                             James R. Asperger
19.                             jimasperger@quinnemanuel.com
                                QUINN EMANUEL URQUHART &
20.                             SULLIVAN, LLP
                                865 S. Figueroa St., 10th Floor
21.                             Los Angeles, California 90017
22.                             Telephone:   (213) 443-3000
                                Facsimile:   (213) 443-3100
23.
24.                             *Attorneys for Plaintiff California Institute*
                                *of Technology*
25.
26.                         By: */s/ David C. Marcus*
27.                             David C. Marcus (SBN: 158704)
                                david.marcus@wilmerhale.com
28.

-2-   Case No. 2:13-CV-7245-MRP-JEM
AMENDED JOINT STATUS REPORT

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Matthew J. Hawkinson (SBN: 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendants and Counterclaim-Plaintiffs Hughes Communications Inc., Hughes Network Systems LLC, DISH Network Corporation, DISH Network L.L.C., and dishNET Satellite Broadband L.L.C.*