FILED
CLERK, U.S. DISTRICT COURT

FEB 9, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation, | CASE NO. 2:13-CV-7245 MRP-JEM |
| 12 | **[~~PROPOSED~~] ORDER GRANTING JOINT APPLICATION TO FILE UNDER SEAL AMENDED JOINT STATUS REPORT** |
| 13          Plaintiff, | |
| 14     vs. | |
| 15  HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company, | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20          Defendants. | |
| 21 | |

22

23

24

25

26

27

28

1   Having considered the parties' Joint Application to File Under Seal, and good

2   cause having been shown, the application is hereby GRANTED.

3   The following documents shall be filed under seal:

4   • AMENDED JOINT STATUS REPORT

5   The parties' request for leave to file the above Amended Joint Status Report

6   following the Court's Order on this Joint Application to File Under Seal is hereby

7   GRANTED.

8

9   **IT IS SO ORDERED.**

10

11   DATED:  February 8, 2016

12

13   _____

14   Honorable George H. King
     Chief United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28